| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jason M. Goetz<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–0520<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | Amy E. Goetz<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8976<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: | 13   9/6/22 |
| Case number: | 22–21746–CMB | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason M. Goetz | Amy E. Goetz |
| 2. | **All other names used in the last 8 years** | | fka Amy. E. Slifka |
| 3. | **Address** | 329 Augusta Street<br>Pittsburgh, PA 15235 | 329 Augusta Street<br>Pittsburgh, PA 15235 |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br>Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 10/12/22 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors** <br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 7, 2022 at 02:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** <br> **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** <br> **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/6/23** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/15/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/5/23** |
| | **Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing-proof-claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing-proof-claim. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan, objections and hearing** | The debtor has filed a plan, which is attached. An initial hearing on confirmation will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors on: <br> **11/7/22** at **02:00 PM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** | |
| | Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                               Case No. 22-21746-CMB

Jason M. Goetz                                    Chapter 13

Amy E. Goetz

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                User: auto                                              Page 1 of 4

Date Rcvd: Oct 12, 2022                         Form ID: 309iPGH                              Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason M. Goetz, Amy E. Goetz, 329 Augusta Street, Pittsburgh, PA 15235-2402 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15512300 | | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15512307 | + | Mercury Credit Card, c/o SRS Collections, 57 Canal St., Lockport, NY 14094-2845 |
| 15512308 | | Midland Mortgage Corporation, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15512309 | | Peoples Gas Co., Po Box 747105, Pittsburgh, PA 15274-7105 |
| 15512314 | | U.S. Dept. of Education, Po Box 9535, Wilkes Barre, PA 18773-9635 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: julie.steidl@steidl-steinberg.com | Oct 13 2022 00:55:00 | Kenneth Steidl, Steidl & Steinberg, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Oct 13 2022 00:56:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Oct 13 2022 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 00:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 13 2022 04:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 00:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Oct 13 2022 00:56:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Oct 13 2022 00:56:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | EDI: RECOVERYCORP.COM | Oct 13 2022 04:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15512295 | + | Email/Text: amscbankruptcy@adt.com | Oct 13 2022 00:56:00 | ADT, 3190 South Vaughn Way, Aurora, CO |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 80014-3512 |
| 15524500 | | EDI: CCS.COM | Oct 13 2022 04:53:00 | AllState, c/o Credit Collection Services, PO Box 448, Norwood, MA 02062-0448 |
| 15512296 | | EDI: CAPITALONE.COM | Oct 13 2022 04:53:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15512301 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2022 00:58:28 | Credit One Bank, c/o Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |
| 15512303 | | EDI: DISCOVER.COM | Oct 13 2022 04:53:00 | Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 15514832 | | EDI: DISCOVER.COM | Oct 13 2022 04:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15512304 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 13 2022 00:56:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15512305 | | Email/Text: data_processing@fin-rec.com | Oct 13 2022 00:56:00 | Financial Recovery Services Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 15514291 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2022 00:58:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15512306 | | EDI: PRA.COM | Oct 13 2022 04:53:00 | Levin Furniture, c/o Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541-0914 |
| 15512310 | | EDI: PRA.COM | Oct 13 2022 04:53:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 15512312 | | Email/Text: bankruptcy@springoakscapital.com | Oct 13 2022 00:55:00 | Spring Oaks Capital, 1400 Cross Ways Blvd., Suite 100B, Chesapeake, VA 23320 |
| 15512313 | | Email/Text: amieg@stcol.com | Oct 13 2022 00:56:00 | State Collection Services, 2509 S. Stoughton Road, Madison, WI 53716 |
| 15512311 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 13 2022 00:56:00 | Santander Consumer, PO Box 660633, Dallas, TX 75266-0633 |
| 15518319 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 13 2022 00:56:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15512726 | + | EDI: RMSC.COM | Oct 13 2022 04:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15513028 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 13 2022 00:58:31 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 15524520 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 13 2022 00:58:31 | U.S. Department of Housing and Urban Dev, 100 Penn Square East, Philadelphia, PA 19107 |
| 15512315 | | EDI: VERIZONCOMB.COM | Oct 13 2022 04:53:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15512316 | + | EDI: VERIZONCOMB.COM | Oct 13 2022 04:53:00 | Verizon Wireless, P.O. Box 17464, Baltimore, MD 21297-1464 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Midfirst Mortgage |
| 15524499 | *+ | ADT, 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 15524501 | * | AllState, c/o Credit Collection Services, PO Box 448, Norwood, MA 02062-0448 |
| 15512297 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15512298 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 309iPGH | Total Noticed: 35 |

| | | |
|---|---|---|
| 15512299 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524502 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524503 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524504 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524505 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524506 | * | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15512302 | *+ | Credit One Bank, c/o Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |
| 15524507 | *+ | Credit One Bank, c/o Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |
| 15524508 | *+ | Credit One Bank, c/o Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |
| 15524509 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 15524510 | *+ | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15524511 | * | Financial Recovery Services Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 15524512 | * | Levin Furniture, c/o Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541-0914 |
| 15524513 | *+ | Mercury Credit Card, c/o SRS Collections, 57 Canal St., Lockport, NY 14094-2845 |
| 15524514 | * | Midland Mortgage Corporation, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15524516 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 15524515 | * | Peoples Gas Co., Po Box 747105, Pittsburgh, PA 15274-7105 |
| 15524518 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, 1400 Cross Ways Blvd., Suite 100B, Chesapeake, VA 23320 |
| 15524519 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Services, 2509 S. Stoughton Road, Madison, WI 53716 |
| 15524517 | * | Santander Consumer, PO Box 660633, Dallas, TX 75266-0633 |
| 15524521 | * | U.S. Dept. of Education, Po Box 9535, Wilkes Barre, PA 18773-9635 |
| 15524522 | * | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15524523 | *+ | Verizon Wireless, P.O. Box 17464, Baltimore, MD 21297-1464 |

TOTAL: 1 Undeliverable, 27 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
   on behalf of Creditor Midfirst Mortgage bnicholas@kmllawgroup.com

Kenneth Steidl
   on behalf of Joint Debtor Amy E. Goetz julie.steidl@steidl-steinberg.com
   ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
   on behalf of Debtor Jason M. Goetz julie.steidl@steidl-steinberg.com
   ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Keri P. Ebeck
   on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com   jbluemle@bernsteinlaw.com

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Oct 12, 2022 | Form ID: 309iPGH | Total Noticed: 35

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6