IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | )<br>) |
| Jason M. Goetz,<br>Amy E. Goetz,<br>    *Debtors* | )<br>)  Case No. 22-21746<br>)  Chapter 13<br>) |
| Jason M. Goetz,<br>Social Security No. XXX-XX- 0520<br>    *Movant* | )  Related to Document No. 25<br>)<br>)<br>) |
| *vs.* | )<br>) |
| UPMC Presbyterian Shadyside and<br>Ronda J. Winnecour, Trustee<br>    *Respondents* | )<br>)<br>) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 17, 2022, a true and correct copy of the *Order to Pay Trustee Pursuant to Wage Attachment* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

UPMC Presbyterian Shadyside
Attn Payroll
600 Grant St., Floor 56
Pittsburgh, PA 15219

Jason M. Goetz
329 Augusta Street
Pittsburgh, PA 15235


**Served by CM/ECF:** Ronda J. Winnecour, Trustee


Date of Service: October 17, 2022    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    Attorney for the Debtor
    STEIDL & STEINBERG
    2830 Gulf Tower - 707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000 ken.steidl@steidl-steinberg.com
    PA I.D. No. 34965