IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jason M. Goetz, ) | |
| Amy E. Goetz, ) | Case No. 22-21746 |
|     *Debtors* ) | Chapter 13 |
| ) | |
| Amy E. Goetz, ) | Related to Document No. 24 |
| Social Security No. XXX-XX- 8976 ) | |
|     *Movant* ) | |
| ) | |
|     *vs.* ) | |
| ) | |
| Magee Women's Hospital of UPMC and ) | |
| Ronda J. Winnecour, Trustee ) | |
|     *Respondents* ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on October 17, 2022, a true and correct copy of the *Order to Pay Trustee Pursuant to Wage Attachment* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Magee Women's Hospital of UPMC
Attn Payroll
600 Grant St., Floor 56
Pittsburgh, PA 15219

Amy E. Goetz
329 Augusta Street
Pittsburgh, PA 15235


**Served by CM/ECF:** Ronda J. Winnecour, Trustee


Date of Service: October 17, 2022    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    Attorney for the Debtor
    STEIDL & STEINBERG
    2830 Gulf Tower - 707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000 ken.steidl@steidl-steinberg.com
    PA I.D. No. 34965