**Form RSC13**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 22−21746−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jason M. Goetz | Amy E. Goetz |
| 329 Augusta Street | fka Amy. E. Slifka |
| Pittsburgh, PA 15235 | 329 Augusta Street |
| | Pittsburgh, PA 15235 |

Social Security No.:
xxx−xx−0520                                                          xxx−xx−8976

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl | Ronda J. Winnecour |
| Steidl & Steinberg | Suite 3250, USX Tower |
| Suite 2830 Gulf Tower | 600 Grant Street |
| 707 Grant Street | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15219 | Telephone number: 412−471−5566 |
| Telephone number: 412−391−8000 | |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| December 5, 2022 | December 5, 2022 |
| 01:00 PM | 01:00 PM |
| remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 11/8/22                                                       BY THE COURT

                                                                     Carlota M. Bohm
                                                                     Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason M. Goetz  
Amy E. Goetz  
    Debtors

Case No. 22-21746-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Nov 08, 2022      Form ID: rsc13      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason M. Goetz, Amy E. Goetz, 329 Augusta Street, Pittsburgh, PA 15235-2402 |
| 15512300 | | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15512307 | + | Mercury Credit Card, c/o SRS Collections, 57 Canal St., Lockport, NY 14094-2845 |
| 15512308 | | Midland Mortgage Corporation, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15541898 | + | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 327 Plaza Real, Suite 320, Boca Raton, FL 33432-3901 |
| 15512309 | | Peoples Gas Co., Po Box 747105, Pittsburgh, PA 15274-7105 |
| 15512314 | | U.S. Dept. of Education, Po Box 9535, Wilkes Barre, PA 18773-9635 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2022 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2022 23:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Nov 08 2022 23:37:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 08 2022 23:45:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15512295 | + | Email/Text: amscbankruptcy@adt.com | Nov 08 2022 23:37:00 | ADT, 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 15524500 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 08 2022 23:37:00 | AllState, c/o Credit Collection Services, PO Box 448, Norwood, MA 02062-0448 |
| 15512296 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2022 23:45:38 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15543024 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2022 23:45:49 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15512301 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2022 23:45:40 | Credit One Bank, c/o Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |
| 15512303 | | Email/Text: mrdiscen@discover.com | Nov 08 2022 23:36:00 | Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 15514832 | | Email/Text: mrdiscen@discover.com | Nov 08 2022 23:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15512304 | + | Email/Text: kburkley@bernsteinlaw.com | | |

Case 22-21746-CMB   Doc 40   Filed 11/10/22   Entered 11/11/22 00:25:28   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 08, 2022 | Form ID: rsc13 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 08 2022 23:37:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15512305 | | Email/Text: data_processing@fin-rec.com | Nov 08 2022 23:37:00 | Financial Recovery Services Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 15514291 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2022 23:45:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15512306 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 08 2022 23:45:39 | Levin Furniture, c/o Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541-0914 |
| 15528801 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 08 2022 23:45:38 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15512310 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 08 2022 23:45:43 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 15512312 | | Email/Text: bankruptcy@springoakscapital.com | Nov 08 2022 23:36:00 | Spring Oaks Capital, 1400 Cross Ways Blvd., Suite 100B, Chesapeake, VA 23320 |
| 15512313 | | Email/Text: amieg@stcol.com | Nov 08 2022 23:36:00 | State Collection Services, 2509 S. Stoughton Road, Madison, WI 53716 |
| 15512311 | | Email/Text: enotifications@santanderconsumerusa.com | Nov 08 2022 23:37:00 | Santander Consumer, PO Box 660633, Dallas, TX 75266-0633 |
| 15518319 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 08 2022 23:37:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15512726 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 08 2022 23:45:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15513028 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 08 2022 23:45:39 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 15524520 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 08 2022 23:45:39 | U.S. Department of Housing and Urban Dev, 100 Penn Square East, Philadelphia, PA 19107 |
| 15512315 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 08 2022 23:36:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15543424 | | Email/PDF: ebn_ais@aisinfo.com | Nov 08 2022 23:45:44 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15512316 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 08 2022 23:36:00 | Verizon Wireless, P.O. Box 17464, Baltimore, MD 21297-1464 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Midfirst Mortgage |
| 15524499 | *+ | ADT, 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 15524501 | * | AllState, c/o Credit Collection Services, PO Box 448, Norwood, MA 02062-0448 |
| 15512297 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15512298 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15512299 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524502 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524503 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524504 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524505 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524506 | * | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15512302 | *+ | Credit One Bank, c/o Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |
| 15524507 | *+ | Credit One Bank, c/o Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |
| 15524508 | *+ | Credit One Bank, c/o Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |

Case 22-21746-CMB    Doc 40    Filed 11/10/22    Entered 11/11/22 00:25:28    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 08, 2022 | Form ID: rsc13 | Total Noticed: 34 |

| | | |
|---|---|---|
| 15524509 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 15524510 | *+ | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15524511 | * | Financial Recovery Services Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 15524512 | * | Levin Furniture, c/o Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541-0914 |
| 15524513 | *+ | Mercury Credit Card, c/o SRS Collections, 57 Canal St., Lockport, NY 14094-2845 |
| 15524514 | * | Midland Mortgage Corporation, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15524516 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 15528504 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15524515 | * | Peoples Gas Co., Po Box 747105, Pittsburgh, PA 15274-7105 |
| 15524518 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, 1400 Cross Ways Blvd., Suite 100B, Chesapeake, VA 23320 |
| 15524519 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Services, 2509 S. Stoughton Road, Madison, WI 53716 |
| 15524517 | * | Santander Consumer, PO Box 660633, Dallas, TX 75266-0633 |
| 15524521 | * | U.S. Dept. of Education, Po Box 9535, Wilkes Barre, PA 18773-9635 |
| 15524522 | * | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15524523 | *+ | Verizon Wireless, P.O. Box 17464, Baltimore, MD 21297-1464 |

TOTAL: 1 Undeliverable, 28 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Midfirst Mortgage bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Joint Debtor Amy E. Goetz julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Jason M. Goetz julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6