

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

2221746

DEBTOR(S):

JASON M GOETZ

AMY E GOETZ

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 19 IN THE AMOUNT OF $284.97

CREDITOR'S SIGNATURE:

/s/ Lore'l Thompson

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

12/7/2022