IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jason M. Goetz and ) | Bankruptcy No. 22-21746 CMB |
| Amy E. Moetz, ) | Chapter 13 |
|    Debtors ) | Related to Document No(s). 58 |
| ) | |
| Jason M. Goetz and ) | |
|    Movants ) | |
| ) | |
| vs. ) | |
| ) | |
| UPMC Presbyterian Shadyside, Ronda J. ) | |
| Winnecour, Trustee, ) | |
|    Respondent(s) ) | |

## CERTIFICATE OF SERVICE

I, Anna J. Mattish, Pittsburgh, PA 15219 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age and that on November 20, 2023 I served a copy of:

**AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

ON:

Ronda J. Winnecour, Trustee - ECF Mail

UPMC Presbyterian Shadyside,
Attn Payroll,
600 Grant St., Floor 56,
Pittsburgh, PA 15219

BY:   Regular First-Class U.S. Mail, unless otherwise noted

I certify under the penalty of perjury that the foregoing is true and correct.

Date: <u>November 30, 2023</u>      /s/ Anna J. Mattish
   Anna J. Mattish
   STEIDL & STEINBERG
   707 Grant Street, Suite 2830
   Pittsburgh, PA 15219
   (412) 391-8000