IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Jason M. Goetz and | ) Bankruptcy No. 22-21746 CMB |
| Amy E. Moetz, | ) Chapter 13 |
| Debtors | ) Related to Document No(s). 59 |
| | ) |
| Amy E. Moetz | ) |
| Movants | ) |
| | ) |
| vs. | ) |
| | ) |
| Magee Women's Hospital of UPMC, Ronda J. | ) |
| Winnecour, Trustee , | ) |
| Respondent(s) | ) |

## CERTIFICATE OF SERVICE

I, Anna J. Mattish, Pittsburgh, PA 15219 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age and that on November 20, 2023 I served a copy of:

### AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

ON:

Ronda J. Winnecour, Trustee - ECF Mail

Magee Women's Hospital of UPMC,
Attn Payroll,
600Grant St., Floor 56,
Pittsburgh, PA 15219

BY:    Regular First-Class U.S. Mail, unless otherwise noted

I certify under the penalty of perjury that the foregoing is true and correct.

Date: December 1, 2023          /s/ Anna J. Mattish
                                 Anna J. Mattish
                                 STEIDL & STEINBERG
                                 707 Grant Street, Suite 2830
                                 Pittsburgh, PA 15219
                                 (412) 391-8000