# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| JASON M. GOETZ | ) | Case No. 22-21746 |
| AMY E. GOETZ | ) | |
| | ) | Chapter 13 |
| Debtor(s). | ) | |
| | X | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒  a motion to dismiss case or certificate of default requesting dismissal

☐  a plan modification sought by: _____

☐  a motion to lift stay
as to creditor    _____

☐  Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated **10-3-22**
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from **$1689** to **$2027** per month, effective **3/24**; and/or the Plan term shall be changed from ___ months to ____ months.

-1-

☐     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐     Debtor(s) shall file and serve _____ on or before _____.

☐     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒     Other:
- **Trustee COD filed 1-18-24 (Doc 66) is resolved by this order.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a de novo hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 26th day of February, 2024

_____
United States Bankruptcy Judge  **dmr**

Stipulated by:

/s/ Kenneth Steidl
Counsel to Debtor

Stipulated by:

/s/ James Warmbrodt
Counsel to Chapter 13 Trustee

FILED
2/26/24 2:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason M. Goetz  
Amy E. Goetz  
    Debtors

Case No. 22-21746-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason M. Goetz, Amy E. Goetz, 329 Augusta Street, Pittsburgh, PA 15235-2402 |
| 15512307 | + | Mercury Credit Card, c/o SRS Collections, 57 Canal St., Lockport, NY 14094-2845 |
| 15512308 | | Midland Mortgage Corporation, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15541898 | + | PNC Bank, N.A., Boston Portfolio Advisors as Authorized, Agent for PNC Bank, N.A., 327 Plaza Real, Suite 320, Boca Raton, FL 33432-3901 |
| 15512309 | | Peoples Gas Co., Po Box 747105, Pittsburgh, PA 15274-7105 |
| 15512726 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15512314 | | U.S. Dept. of Education, Po Box 9535, Wilkes Barre, PA 18773-9635 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2024 00:27:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 27 2024 00:20:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15512295 | + | Email/Text: amscbankruptcy@adt.com | Feb 27 2024 00:20:00 | ADT, 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 15569082 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 27 2024 00:28:22 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 300001, Greenville,TX 75403-3001 |
| 15524500 | | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 27 2024 00:20:05 | AllState, c/o Credit Collection Services, PO Box 448, Norwood, MA 02062-0448 |
| 15512296 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2024 00:28:21 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15543024 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2024 00:28:19 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15512300 | ^ | MEBN | Feb 27 2024 00:20:12 | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15512301 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2024 00:28:12 | Credit One Bank, c/o Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |
| 15512303 | | Email/Text: mrdiscen@discover.com | Feb 27 2024 00:19:00 | Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 15514832 | | Email/Text: mrdiscen@discover.com | Feb 27 2024 00:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15545680 | + | Email/Text: jdryer@bernsteinlaw.com | Feb 27 2024 00:20:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15512304 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 27 2024 00:20:00 | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15512305 | | Email/Text: data_processing@fin-rec.com | Feb 27 2024 00:20:00 | Financial Recovery Services Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 15514291 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2024 00:27:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15512306 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2024 00:38:39 | Levin Furniture, c/o Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541-0914 |
| 15528801 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 27 2024 00:38:46 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15512310 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2024 00:27:57 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 15546520 | + | Email/Text: ebnpeoples@grblaw.com | Feb 27 2024 00:20:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esq., 525 William Penn Place, St. 3110, Pittsburgh, PA 15219-1753 |
| 15512312 | | Email/Text: bankruptcy@springoakscapital.com | Feb 27 2024 00:19:00 | Spring Oaks Capital, 1400 Cross Ways Blvd., Suite 100B, Chesapeake, VA 23320 |
| 15512313 | | Email/Text: amieg@stcol.com | Feb 27 2024 00:19:00 | State Collection Services, 2509 S. Stoughton Road, Madison, WI 53716 |
| 15512311 | | Email/Text: enotifications@santanderconsumerusa.com | Feb 27 2024 00:20:00 | Santander Consumer, PO Box 660633, Dallas, TX 75266-0633 |
| 15518319 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 27 2024 00:20:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15546557 | | Email/Text: bankruptcy@springoakscapital.com | Feb 27 2024 00:19:00 | Spring Oaks Capital SPV, LLC., P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 15545085 | | Email/Text: BNCnotices@dcmservices.com | Feb 27 2024 00:20:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15545084 | | Email/Text: BNCnotices@dcmservices.com | Feb 27 2024 00:20:00 | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15524520 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 27 2024 00:27:57 | U.S. Department of Housing and Urban Dev, 100 Penn Square East, Philadelphia, PA 19107 |
| 15513028 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 27 2024 00:27:57 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 15512315 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 27 2024 00:19:00 | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15543424 | | Email/PDF: ebn_ais@aisinfo.com | Feb 27 2024 00:38:41 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15512316 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 27 2024 00:19:00 | Verizon Wireless, P.O. Box 17464, Baltimore, MD 21297-1464 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | | Midfirst Mortgage |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: pdf900 | Total Noticed: 38 |

| | | |
|---|---|---|
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15524499 | *+ | ADT, 3190 South Vaughn Way, Aurora, CO 80014-3512 |
| 15524501 | * | AllState, c/o Credit Collection Services, PO Box 448, Norwood, MA 02062-0448 |
| 15512297 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15512298 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15512299 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524502 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524503 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524504 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524505 | * | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15524506 | * | Collection Service Center Inc., P.O. Box 560, New Kensington, PA 15068-0560 |
| 15512302 | *+ | Credit One Bank, c/o Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |
| 15524507 | *+ | Credit One Bank, c/o Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |
| 15524508 | *+ | Credit One Bank, c/o Resurgent Capital Services, Po Box 1269, Greenville, SC 29602-1269 |
| 15524509 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 15524510 | *+ | Duquesne Light Company, 411 Seventh Avenue, Pittsburgh, PA 15219-1942 |
| 15524511 | * | Financial Recovery Services Inc., P.O. Box 385908, Minneapolis, MN 55438-5908 |
| 15524512 | * | Levin Furniture, c/o Portfolio Recovery Assoc., PO Box 12914, Norfolk, VA 23541-0914 |
| 15524513 | *+ | Mercury Credit Card, c/o SRS Collections, 57 Canal St., Lockport, NY 14094-2845 |
| 15524514 | * | Midland Mortgage Corporation, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15524516 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 15528504 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15524515 | * | Peoples Gas Co., Po Box 747105, Pittsburgh, PA 15274-7105 |
| 15524518 | *P++ | SPRING OAKS CAPITAL LLC, 1400 CROSSWAYS BLVD STE 100B, CHESAPEAKE VA 23320-0207, address filed with court:, Spring Oaks Capital, 1400 Cross Ways Blvd., Suite 100B, Chesapeake, VA 23320 |
| 15524519 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Services, 2509 S. Stoughton Road, Madison, WI 53716 |
| 15524517 | * | Santander Consumer, PO Box 660633, Dallas, TX 75266-0633 |
| 15524521 | * | U.S. Dept. of Education, Po Box 9535, Wilkes Barre, PA 18773-9635 |
| 15524522 | * | Verizon, 500 Technology Drive, Suite 550, Water Spring, MO 66304 |
| 15524523 | *+ | Verizon Wireless, P.O. Box 17464, Baltimore, MD 21297-1464 |

TOTAL: 2 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Midfirst Mortgage dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth Steidl | |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2024 | Form ID: pdf900 | Total Noticed: 38 |

on behalf of Joint Debtor Amy E. Goetz julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Kenneth Steidl

on behalf of Debtor Jason M. Goetz julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7