IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jason M. Goetz, | ) | |
| Amy E. Goetz, | ) | Case No. 22-21746 CMB |
| *Debtors* | ) | Chapter 13 |
| | ) | |
| Jason M. Goetz, | ) | Document No. |
| Social Security No. XXX-XX- 0520 | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| St. Clair Hospital and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 10, 2024, a true and correct copy of the *Amended Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Jason M. Goetz
329 Augusta Street
Pittsburgh, PA 15235

St. Clair Hospital
Attn: Payroll Dept.
1000 Bower Hill Rd.
Pittsburgh, PA 15243

**Service by CM/ECF Mail:**
Ronda Winnecour, Trustee

Date of Service: April 10, 2024         /s/ Kenneth Steidl
                                        Kenneth Steidl, Esquire
                                        STEIDL & STEINBERG
                                        28th Floor, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        PA I.D. 34965
                                        ken.steidl@steidl-steinberg.com