IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jason M. Goetz, | ) | |
| Amy E. Goetz, | ) | Case No. 22-21746 CMB |
| *Debtors* | ) | Chapter 13 |
| | ) | |
| Jason M. Goetz, | ) | Document No. |
| Social Security No. XXX-XX- 0520 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| St. Clair Hospital and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 13, 2025, a true and correct copy of the *Amended Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**USPS:**
Jason M. Goetz
329 Augusta Street
Pittsburgh, PA 15235

St. Clair Hospital
Attn: Payroll Dept.
1000 Bower Hill Rd.
Pittsburgh, PA 15243

Date of Service: January 13, 2025        /s/ Kenneth Steidl
                                         Kenneth Steidl, Esquire
                                         Attorney for the Debtor
                                         STEIDL & STEINBERG
                                         436 7th Ave.- Suite 322
                                         Koppers Building
                                         Pittsburgh, PA 15219
                                         (412) 391-8000
                                         ken.steidl@steidl-steinberg.com
                                         PA I.D. No. 34965