IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jason M. Goetz, | ) | |
| Amy E. Goetz, | ) | Case No. 22-21746 CMB |
|   *Debtors* | ) | Chapter 13 |
| | ) | |
| Jason M. Goetz, | ) | Document No. |
| Social Security No. XXX-XX- 0520 | ) | |
|   *Movant* | ) | |
| | ) | |
|    *vs.* | ) | |
| | ) | |
| Allegheny General Hospital and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|   *Respondents* | ) | |

**CERTIFICATE OF SERVICE**

   I, the undersigned, hereby certify that on February 13, 2026 a true and correct copy of the *Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**USPS:**
Jason M. Goetz
329 Augusta Street
Pittsburgh, PA 15235

Allegheny General Hospital
Attn: Payroll Dept
320 East North Avenue
Pittsburgh, PA 15212

**Date of Service**: February 13, 2026      /s/ Kenneth Steidl____
                        Kenneth Steidl, Esquire
                        Attorney for the Debtors
                        STEIDL & STEINBERG
                        436 7th Ave.- Suite 322
                        Pittsburgh, PA 15219
                        (412) 391-8000
                        ken.steidl@steidl-steinberg.com
                        PA I.D. No. 34965