IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jason M. Goetz, | ) | |
| Amy E. Goetz, | ) | Case No. 22-21746 CMB |
| *Debtors* | ) | Chapter 13 |
| | ) | |
| Jason M. Goetz, | ) | Document No.  88 |
| Social Security No. XXX-XX- 0520 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| St. Clair Hospital and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Respondents* | ) | |

## ORDER OF COURT

AND NOW, to wit, this ___12th___ day of _____February_____, 2026, it is hereby

ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of

Jason M. Goetz be terminated immediately.

Employer:

**St. Clair Hospital**
**Attn: Payroll Dept.**
**1000 Bower Hill Rd**
**Pittsburgh, PA 15243**

_____    **dmr**
Honorable Carlota M. Bohm
U.S. Bankruptcy Judge

FILED
2/12/26 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 22-21746-CMB

Jason M. Goetz                                                                    Chapter 13

Amy E. Goetz

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 12, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

**Recip ID**         **Recipient Name and Address**
db/jdb            + Jason M. Goetz, Amy E. Goetz, 329 Augusta Street, Pittsburgh, PA 15235-2402

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026               Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

**Name**                   **Email Address**

Denise Carlon
          on behalf of Creditor Midfirst Mortgage dcarlon@kmllawgroup.com

Jeffrey Hunt
          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Kenneth Steidl
          on behalf of Joint Debtor Amy E. Goetz julie.steidl@steidl-steinberg.com
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
          on behalf of Debtor Jason M. Goetz julie.steidl@steidl-steinberg.com
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

District/off: 0315-2                          User: auto                                    Page 2 of 2

Date Rcvd: Feb 12, 2026                       Form ID: pdf900                              Total Noticed: 1

Keri P. Ebeck
                        on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                        btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 7